UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HORACE B. CUMMINGS,

    *Plaintiff*,

v.                                                                          Case No. 3:24-cv-796-MMH-PDB

KASEY M. PAYNTER et al.,

    *Defendants*.

_____

# **ORDER**

    The plaintiff again moves for the appointment of counsel. Doc. 61. He provides six reasons for his request. First, the action is complex because five defendants, five lawyers, and multiple claims are involved. Second, the action may require expert medical testimony. Third, he has demanded a jury trial. Fourth, he must discover many documents and depose many witnesses. Fifth, the testimony sharply conflicts. Sixth, he is segregated, which limits his access to legal materials and makes investigating the facts impossible. He provides letters from lawyers declining to represent him and a paper authorizing a walker, restricting his activity, and prescribing compression socks. Doc. 61-1.

    As stated in the order entered on March 7, 2025, *see* Doc. 37, a court should exercise its discretion to recruit a lawyer to represent an indigent litigant for free "only in exceptional circumstances." *Bass v. Perrin*, 170 F.3d 1312, 1320 (11th Cir. 1999).

    The plaintiff fails to establish exceptional circumstances. His claims are not particularly complex. He has been able to express his position clearly in his

papers. The current motion, for example, is clearly written and better than some papers drafted by lawyers. His limited access to legal materials is a challenge faced by most prisoners. In any event, when he has requested access to the law library and his legal materials, his requests were granted. *See* Doc. 61-1 at 6–8.

The Court thus **denies** the plaintiff's second motion for the appointment of counsel, Doc. 61, **without prejudice** to filing a new motion for that relief if the circumstances change; for example, if the action proceeds to a settlement conference or trial.

**Ordered** in Jacksonville, Florida, on September 25, 2025.

Patricia D. Barksdale
United States Magistrate Judge

JaxP-12

c:   Horace B. Cummings, #303027
     Counsel of Record

2